UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF MARIPOSA CREEK, an unincorporated association, and SARAH WINDSOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARIPOSA PUBLIC UTILITIES DISTRICT, a public utility district,<br><br>Defendant. | Case No. 1:15-cv-00583-EPG<br><br>**ORDER AMENDING SCHEDULING ORDER** |

On April 19, 2016, the Court granted Plaintiffs' Motion for Partial Summary Judgment (ECF No. 51) as to liability in this action. Following that Order, the Court held a telephonic status conference to discuss the status of the case and the possibility of amending the Scheduling Conference Order (ECF No. 36). The parties also discussed the possibility of setting a settlement conference with the Court, Defendant's recently-filed Motion for Reconsideration of the Order Granting Partial Summary Judgment (ECF No. 54), and the appropriate resolution of this case via a bench or jury trial. The parties were directed to discuss settlement possibilities with their respective clients and to submit potential trial dates to the Court. The parties did so and a settlement conference has now been set before Magistrate Judge Sheila Oberto for July 26, 2016.

Based on these facts, and good cause appearing therein, the Court amends its Scheduling Conference Order as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Expert Disclosure | June 15, 2016 | August 10, 2016 |
| Rebuttal Expert Disclosure | July 15, 2016 | September 14, 2016 |
| Expert Discovery Cut-off | October 14, 2016 | October 28, 2016 |
| Pre-Trial Conference / Hearing | January 26, 2017<br>11:00 a.m.<br>Courtroom 10 | November 29, 2016<br>11:00 a.m.<br>Courtroom 10 |
| Trial | March 14, 2017<br>8:30 a.m.<br>Courtroom 10 | February 14, 2017<br>8:30 a.m.<br>Courtroom 10 |

The parties may submit briefing before the Pre-Trial Conference re: the necessity of a jury trial for the penalty phase of a case alleging violations under the Clean Water Act. Each party may file a brief stating: (1) their preference between a bench or jury trial; and, (2) the legal basis for that preference. Any such briefing shall be filed no later than **November 4, 2016**. Each party may file an opposition brief no later than **November 14, 2016**. If needed, the Court may then hear argument on the topic at the November 29, 2016 hearing.

IT IS SO ORDERED.

Dated:   **June 1, 2016**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE