Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiffs
FRIENDS OF MARIPOSA CREEK and
SARAH WINDSOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF MARIPOSA CREEK, an unincorporated association; and, SARAH WINDSOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARIPOSA PUBLIC UTILITY DISTRICT, a public utility district,<br><br>Defendant. | Case No.  1:15-cv-00583-EPG<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES** |

WHEREAS, on July 26, 2016, the parties in the above-entitled action attended a settlement conference with Magistrate Oberto;

WHEREAS, the parties made significant progress is reaching a settlement agreement and have scheduled a further settlement conference with Magistrate Oberto on August 19, 2016;

WHEREAS, pursuant to the Court's June 2, 2016 Order Amending Scheduling Order, the parties' initial expert disclosures are due August 10, 2016;

WHEREAS, at the July 26 settlement conference, the parties agreed to make a stipulated request to extend the deadline for initial expert disclosures in order to conserve the parties' resources and focus their efforts on reaching a settlement agreement;

**1**  WHEREAS, the parties hereby request that the deadline for initial expert disclosures be
**2**  extended from August 10, 2016, to September 7, 2016, and the deadline for rebuttal expert
**3**  disclosures be extended from September 14, 2016, to October 5, 2016;

**4**  WHEREAS, the requested extension will not affect the trial date or the pre-trial conference;

**5**  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
**6**  parties that, the Court shall extend the deadline for initial expert disclosures to August 29, 2016, and
**7**  the deadline for rebuttal expert disclosures to September 28, 2016.

Dated: July 27, 2016                                         Respectfully submitted,

                                                             LOZEAU DRURY LLP

                                             By:    /s/ *Douglas J. Chermak*
                                                    Douglas J. Chermak
                                                    Attorneys for Plaintiffs
                                                    FRIENDS OF MARIPOSA CREEK and SARAH
                                                    WINDSOR


                                                    COSTANZO & ASSOCIATES

                                             By:    /s/ *Neal E. Costanzo (as authorized on 7/27/16)*
                                                    Neal E. Costanzo
                                                    Attorneys for Defendant
                                                    MARIPOSA PUBLIC UTILITY DISTRICT

///
///
///
///
///
///
///
///

**ORDER**

Based on the above stipulation, and good cause appearing therein, the deadline for initial expert disclosures is hereby extended to **September 7, 2016**. The deadline for rebuttal expert disclosures is hereby extended to **October 5, 2016**. All other dates remain as set in the Order Amending Scheduling Order (ECF No. 60).

IT IS SO ORDERED.

Dated:   **July 28, 2016**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE